# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE TRUJILLO, as Guardian Ad Litem for KADEN PORTER, a minor, et al., on Behalf of Themselves and All Others Similarly Situated,<br><br>      Plaintiffs,<br>  v.<br>AMETEK, INC., et.al,<br><br>      Defendants. | Case No. 3:15-cv-01394-GPC-AGS<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE**<br><br>[ECF No. 150] |
| ADAM COX, individually, by and through his durable power of attorney, et al.,<br><br>      Plaintiffs,<br>  v.<br>AMETEK, INC., et.al,<br><br>      Defendants. | Case No. 3:17-cv-0597-GPC-AGS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE**<br><br>[ECF No. 96] |

Whereas the parties in these related cases filed joint motions to continue the deadlines for filing motions for preliminary approval of class settlements and to modify the scheduling orders. No. 3:15-cv-01394-GPC-AGS, ECF No. 150; No. 3:17-cv-0597-GPC-AGS ECF No. 93. Upon consideration of the motions and good cause having been shown, the Court **GRANTS** these motions.

Accordingly, the Court orders that any dates set in prior scheduling orders are vacated and the deadline to file any Motion for Preliminary Approval of Class Settlement previously set to November 16, 2018 is **CONTINUED** to January 18, 2019.

**IT IS SO ORDERED.**

Dated:  November 19, 2018

Hon. Gonzalo P. Curiel
United States District Judge