1
2
3
4
5
6
7
8
9
10

**UNITED STATE DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

11 | DANIELLE TRUJILLO, as Guardian Ad )
12 | Litem for KADEN PORTER, a minor, on )
behalf of himself and others similarly )
13 | situated; LACEY MORALES, as Guardian )
Ad Litem for ISABEL MORALES., a )
14 | minor, on behalf of herself and others )
15 | similarly situated; BEVERLY HOY, on )
behalf of herself and all others similarly )
16 | situated; )
17 |        Plaintiff, )
18 |    v. )
19 | AMETEK, INC., a Delaware corporation; )
20 | SENIOR OPERATIONS, LLC, a limited )
liability company; THOMAS DEENEY; )
21 | and DOES 2 through 100, inclusive, )
22 | )
     Defendants. )
23
24
25
26
27
28

Case No.: 3:15-cv-01394-GPC-AGS

**ORDER GRANTING JOINT MOTION TO CONTINUE THE DEADLINE FOR FILING A MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

1    Upon consideration of the motion and good cause having been shown, the Court

2  **GRANTS** this motion.

3    Accordingly, the Court orders that the deadline to file any Motion for Preliminary

4  Approval of Class Settlement previously set to January 18, 2019 is **CONTINUED** to

5  March 22, 2019.

6

**IT IS SO ORDERED.**

7

8  Dated: January 18, 2019

9                                                Hon. Gonzalo P. Curiel
                                                 United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING JOINT MOTION TO CONTINUE MOTION FOR PRELIMINARY APPROVAL OF CLASS
SETTLEMENT