# UNITED STATE DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE TRUJILLO, as Guardian Ad Litem for KADEN PORTER, a minor, on behalf of himself and others similarly situated; LACEY MORALES, as Guardian Ad Litem for ISABEL MORALES., a minor, on behalf of herself and others similarly situated; BEVERLY HOY, on behalf of herself and all others similarly situated;<br><br>        Plaintiff,<br>  v.<br><br>AMETEK, INC., a Delaware corporation; SENIOR OPERATIONS, LLC, a limited liability company; THOMAS DEENEY; and DOES 2 through 100, inclusive,<br><br>        Defendants. | Case No.: 3:15-cv-01394-GPC-AGS<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE THE DEADLINE FOR FILING A MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT** |

1  Upon consideration of the motion and good cause having been shown, the Court **GRANTS** this motion.

Accordingly, the Court orders that the deadline to file any Motion for Preliminary Approval of Class Settlement previously set to March 22, 2019 is **CONTINUED** to May 24, 2019.

**IT IS SO ORDERED.**

Dated:  March 25, 2019

_____
Hon. Gonzalo P. Curiel
United States District Judge